UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF JONATHAN MADRIGAL, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF EL DORADO, et al., <br><br> Defendants. | Case No. <br><br> **DECLARATION OF CARMEN MADRIGAL RE: CAL. CODE CIV. PROC. § 377.32** |

I, Carmen Madrigal, do declare and say:

1. I submit the following declaration concerning my status as a successor-in-interest to Jonathan Madrigal, pursuant to section 377.32 of the California Code of Civil Procedure.

2. Jonathan Madrigal was born on ▮▮▮▮▮▮, 1990, in the County of Orange, California.

3. No proceeding is now pending in California for administration of the estate of Jonathan Madrigal.

4. I am a successor-in-interest to Jonathan Madrigal (as defined in section 377.11 of the California Code of Civil Procedure) and succeed to his interest in this action or proceeding. I am the biological mother of Jonathan Madrigal.

5. No other person has a superior right to commence this action or proceeding, or to be substituted for Jonathan Madrigal in this pending action or proceeding.

6. A true and correct copy of the death certificate of Jonathan Madrigal is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 24, 2023, at Camino, California.

_____
Carmen Madrigal

---

**DECLARATION OF CARMEN MADRIGAL RE: CAL. CODE CIV. PROC. § 377.32**
*Estate of Madrigal v. County of El Dorado*, United States District Court, Eastern District of California, Case No. _____

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# EL DORADO COUNTY
## HEALTH AND HUMAN SERVICES AGENCY
### PLACERVILLE, CALIFORNIA

**STATE FILE NUMBER:** 3052022252118
**LOCAL REGISTRATION NUMBER:** 3202209001208

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/06)

## DECEDENT'S PERSONAL DATA

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT—FIRST (Given) | JONATHAN |
| 2. MIDDLE | - |
| 3. LAST (Family) | MADRIGAL |
| AKA. ALSO KNOWN AS | |
| 4. DATE OF BIRTH mm/dd/ccyy | [redacted]/1990 |
| 5. AGE Yrs. | 31 |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 10. SOCIAL SECURITY NUMBER | [redacted] |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS/SRDP (at Time of Death) | NEVER MARRIED |
| 7. DATE OF DEATH mm/dd/ccyy | 10/21/2022 |
| 8. HOUR (24 Hours) | 0910 |
| 13. EDUCATION | SOME COLLEGE |
| 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? | YES MEXICAN |
| 16. DECEDENT'S RACE | CAUCASIAN |
| 17. USUAL OCCUPATION | INVENTORY MANAGER |
| 18. KIND OF BUSINESS OR INDUSTRY | AUTOMOTIVE |
| 19. YEARS IN OCCUPATION | 5 |

## USUAL RESIDENCE

| Field | Value |
|---|---|
| 20. DECEDENT'S RESIDENCE | 3427 NORTH CANYON ROAD |
| 21. CITY | CAMINO |
| 22. COUNTY/PROVINCE | EL DORADO |
| 23. ZIP CODE | 95709 |
| 24. YEARS IN COUNTY | 25 |
| 25. STATE/FOREIGN COUNTRY | CA |

## INFORMANT

| Field | Value |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP | JORGE LUIS MADRIGAL, FATHER |
| 27. INFORMANT'S MAILING ADDRESS | [redacted] |

## SPOUSE/SRDP AND PARENT INFORMATION

| Field | Value |
|---|---|
| 28. NAME OF SURVIVING SPOUSE/SRDP—FIRST | - |
| 29. MIDDLE | - |
| 30. LAST (BIRTH NAME) | - |
| 31. NAME OF FATHER/PARENT—FIRST | JORGE |
| 32. MIDDLE | LUIS |
| 33. LAST | MADRIGAL |
| 34. BIRTH STATE | MEX, MX |
| 35. NAME OF MOTHER/PARENT—FIRST | MARIA |
| 36. MIDDLE | DEL CARMEN |
| 37. LAST (BIRTH NAME) | MADRIGAL |
| 38. BIRTH STATE | MEX, MX |

## FUNERAL DIRECTOR/LOCAL REGISTRAR

| Field | Value |
|---|---|
| 39. DISPOSITION DATE | 11/04/2022 |
| 40. PLACE OF FINAL DISPOSITION | WESTWOOD HILLS MEMORIAL PARK, 2720 COLD SPRINGS ROAD, PLACERVILLE, CA 95667 |
| 41. TYPE OF DISPOSITION(S) | BURIAL |
| 42. SIGNATURE OF EMBALMER | DENNIS MCKAY HAMILTON |
| 43. LICENSE NUMBER | EMB7935 |
| 44. NAME OF FUNERAL ESTABLISHMENT | GREEN VALLEY MORTUARY & CEMETERY |
| 45. LICENSE NUMBER | FD1551 |
| 46. SIGNATURE OF LOCAL REGISTRAR | NANCY WILLIAMS MD, MPH |
| 47. DATE | 11/02/2022 |

## PLACE OF DEATH

| Field | Value |
|---|---|
| 101. PLACE OF DEATH | EL DORADO COUNTY SHERIFF JAIL |
| 102. IF HOSPITAL, SPECIFY ONE | |
| 103. IF OTHER THAN HOSPITAL, SPECIFY ONE | Other |
| 104. COUNTY | EL DORADO |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND | 300 FORNI ROAD |
| 106. CITY | PLACERVILLE |

## CAUSE OF DEATH

| Field | Value |
|---|---|
| 107. CAUSE OF DEATH — IMMEDIATE CAUSE (A) | PENDING INVESTIGATION |
| (AT) Time Interval Between Onset and Death | - |
| 108. DEATH REPORTED TO CORONER? | YES — REFERRAL NUMBER 22-7927 |
| (B) | |
| 109. BIOPSY PERFORMED? | NO |
| (C) | |
| 110. AUTOPSY PERFORMED? | YES |
| (D) | |
| 111. USED IN DETERMINING CAUSE? | YES |
| 112. OTHER SIGNIFICANT CONDITIONS | - |
| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? | NO |
| 113A. DECEDENT PREGNANT IN LAST YEAR? | NO |

## PHYSICIAN'S CERTIFICATION

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.

## CORONER'S USE ONLY

| Field | Value |
|---|---|
| 119. MANNER OF DEATH | Pending Investigation |
| 120. INJURED AT WORK? | |
| 121. INJURY DATE | |
| 122. HOUR | |
| 123. PLACE OF INJURY | |
| 124. DESCRIBE HOW INJURY OCCURRED | |
| 125. LOCATION OF INJURY | |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | EDDIE FREAS |
| 127. DATE | 11/01/2022 |
| 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | EDDIE FREAS, DEP CORONER |

STATE REGISTRAR: A B C D E

CAELDORA01



**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF EL DORADO

This is a true and exact reproduction of the document officially registered and placed on file in the office of the El Dorado County Health and Human Services Agency.

**DATE ISSUED:** FEB 16 2023





000229347

**NANCY J. WILLIAMS MD, MPH**
COUNTY HEALTH OFFICER

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the County Health Officer.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# EL DORADO COUNTY
## HEALTH AND HUMAN SERVICES AGENCY
### PLACERVILLE, CALIFORNIA

**PHYSICIAN/CORONER'S AMENDMENT**
NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

STATE FILE NUMBER: 3052022252118
LOCAL REGISTRATION NUMBER: 3202209001208

1.1

☐ BIRTH  ☒ DEATH  ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

### PART I — INFORMATION TO LOCATE RECORD

INFORMATION AS IT APPEARS ON ORIGINAL RECORD

| 1A. NAME—FIRST | 1B. MIDDLE | 1C. LAST | 2. SEX |
|---|---|---|---|
| JONATHAN | - | MADRIGAL | M |

| 3. DATE OF EVENT—MM/DD/CCYY | 4. CITY OF EVENT | 5. COUNTY OF EVENT |
|---|---|---|
| 10/21/2022 | PLACERVILLE | EL DORADO |

### PART II — STATEMENT OF CORRECTIONS

LIST ONE ITEM PER LINE

| 6. CERTIFICATE ITEM NUMBER | 7. INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 8. INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 107A | PENDING INVESTIGATION | METHAMPHETAMINE INTOXICATION |
| 107AT | - | UNK |
| 112 | - | INTUSSUSCEPTION OF SMALL INTESTINE |
| 119 | PENDING INVESTIGATION | ACCIDENT |
| 120 | | N |
| 121 | | UNK |
| 122 | | UNK |
| 123 | | UNSPECIFIED PLACE: UNK |
| 124 | | METHAMPHETAMINE OVERDOSE |
| 125 | | UNK UNK |

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

DECLARATION OF CERTIFYING PHYSICIAN OR CORONER

| 9. SIGNATURE OF CERTIFYING PHYSICIAN OR CORONER | 10. DATE SIGNED—MM/DD/CCYY | 11. TYPED OR PRINTED NAME AND TITLE/DEGREE OF CERTIFIER |
|---|---|---|
| ▶ EDDIE FREAS | 01/24/2023 | EDDIE FREAS, DEPUTY CORONER |

| 12. ADDRESS—STREET and NUMBER | 13. CITY | 14. STATE | 15. ZIP CODE |
|---|---|---|---|
| 300 FAIR LANE | PLACERVILLE | CA | 95667-4198 |

STATE/LOCAL REGISTRAR USE ONLY

| 16. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR | 17. DATE ACCEPTED FOR REGISTRATION—MM/DD/CCYY |
|---|---|
| ▶ CDPH-VR | 01/25/2023 |

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS

FORM VS 24Ae (REV. 1/08)

1.1

CAELDORAD1

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF EL DORADO

This is a true and exact reproduction of the document officially registered and placed on file in the office of the El Dorado County Health and Human Services Agency.

DATE ISSUED  FEB 16 2023

000229348

NANCY J. WILLIAMS MD, MPH
COUNTY HEALTH OFFICER

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the County Health Officer.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE