1 | LINDSEY M. ROMANO (SBN: 337600)
lromano@grsm.com
2 | ALLISON J. BECKER (PRO HAC VICE)
abecker@grsm.com
3 | GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
4 | San Francisco, CA 94111
Telephone: (415) 875-4126
5 | Facsimile:  (415) 986-8054

6 | Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP DBA WELLPATH; JULIE JOHNSON;
7 | SAMANTHA POLFER AND TIFFANY HENDERSON

8 | MARK E. MERIN (SBN: 043849)
mark@markmerin.com
9 | PAUL H. MASUHARA (SBN. 289805)
paul@markmerin.com
10 | LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 3000
11 | Sacramento, CA 95814
Telephone: (916) 443-6911
12 | Facsimile: (916) 447-8336

13 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF JONATHAN MADRIGAL, LUIS MADRIGAL, and CARMEN MADRIGAL, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF EL DORADO, EL DORADO COUNTY SHERIFF'S OFFICE, JOHN D'AGOSTINI, KERSTIN COHEN, ZACHARY PARKER, CHELSEY WILKINSON, ZACHARY LONG, KYLE WELTY, DENNIS CEO, CAMERON POMEROY, VANESSA LUNA, CALIFORNIA FORENSIC MEDICAL GROUP dba WELLPATH, JULIE JOHNSON, SAMANTHA POLFER, TIFFANY HENDERSON and DOES 1-20, <br><br> Defendants. | CASE NO.  2:23-cv-02673-MCE-AC <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP DBA WELLPATH TO FILE A RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

-1-
STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT CALIFORNIA FORENSIC MEDICAL
GROUP DBA WELLPATH TO FILE A RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiffs Estate of Jonathan Madrigal, Luis Madrigal, and Carmen Madrigal ("Plaintiffs"), and Defendants California Forensic Medical Group dba Wellpath, Julie Johnson, Samantha Polfer, and Tiffany Henderson ("Wellpath Defendants") by and through their undersigned counsel of record, hereby represent to the Court and stipulate as follows:

1. On November 15, 2023, Plaintiffs filed their Complaint for Violation of Civil and Constitutional Rights and Demand for Jury Trial ("Complaint") in the United States District Court, Eastern District of California. ECF No. 1.

2. On June 21, 2024, Plaintiffs filed their First Amended Complaint for Violation of Civil and Constitutional Rights and Demand for Jury Trial ("First Amended Complaint") in the United States District Court, Eastern District of California. ECF No. 25.

3. Defendant California Forensic Medical Group dba Wellpath is represented by counsel for Wellpath Defendants, and was served on June 21, 2024, by notification of filing of the First Amended Complaint with the court's cm/ecf filing system.

4. Defendant Julie Johnson is represented by counsel for Wellpath Defendants and was served on June 21, 2024, by waiver of service.

5. Defendant Samantha Polfer, is represented by counsel for Wellpath Defendants, and was served on June 21, 2024, by waiver of service.

6. Defendant Tiffany Hendrson, is represented by counsel for Wellpath Defendants, and was served on June 21, by waiver of service.

7. Pursuant to service of the First Amended Complaint on California Forensic Medical Group dba Wellpath, their deadline to file a response to the First Amended Complaint is Friday, July 5, 2024.

8. Pursuant to counsel for Wellpath Defendants waiving and accepting service for Defendants Julie Johnson, Samantha Polfer, and Tiffany Henderson, their deadline to file a response to the First Amended Complaint is Tuesday, August 20, 2024.

9. In the interests of reduced costs to the parties and judicial economy, Plaintiffs and Defendants have agreed to extend the time for all Wellpath Defendants to file responses to Plaintiffs' First Amended Complaint on the same date.

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

10. The parties hereby stipulate and agree that all Wellpath Defendants' deadline to file a response to Plaintiffs' First Amended Complaint shall be extended to Tuesday, August 20, 2024.

IT IS SO STIPULATED AND AGREED.

DATED: June 26, 2024          LAW OFFICE OF MARK E. MERIN

By: */s/ Paul H. Masuhara* (As Authorized on June 25, 2024).
Paul H. Masuhara
Attorneys for Plaintiffs

DATED: June 26, 2024          GORDON REES SCULLY MANSUKHANI LLP

By: */s/ Lindsey M. Romano*
    Lindsey M. Romano
    Attorneys for Wellpath Defendants

## **ATTORNEY ATTESTATION**

I hereby attest that I have on file all holographic signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by all counsel to show their signature on this document as /s/.

Dated: June 26, 2024          */s/ Lindsey M. Romano*
                              Lindsey M. Romano

**ORDER**

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to the same, the parties stipulation is hereby APPROVED.

IT IS HEREBY ORDERED that Defendants California Forensic Medical Group, dba Wellpath, Julie Johnson, Samantha Polfer, and Tiffany Henderson shall file their responses to Plaintiffs' First Amended Complaint on or before August 20, 2024.

IT IS SO ORDERED.

Dated:  July 1, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE