1  BRUCE A. KILDAY, SB No. 066415
     Email: bkilday@akk-law.com
2  DERICK E. KONZ, SB No. 286902
     Email: dkonz@akk-law.com
3  JACOB J. GRAHAM, SB No. 340295
     Email: jgraham@akk-law.com
4  **ANGELO, KILDAY & KILDUFF, LLP**
5  Attorneys at Law
   601 University Avenue, Suite 150
6  Sacramento, CA  95825
7  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
8
9  Attorneys for Defendants COUNTY OF EL DORADO. VANESSA LUNA, CAMERON POMEROY, DENNIS CEMO, KYLE WELTY, ZACHARY LONG, CHELSEY WILKINSON, ZACHARY PARKER and KERSTIN COHEN
10
11
12                               **UNITED STATES DISTRICT COURT**
13                               **EASTERN DISTRICT OF CALIFORNIA**
14

| ESTATE OF JONATHAN MADRIGAL, et al, | ) | Case No.: 2:23-CV-02673-MCE-AC |
|---|---|---|
|  | ) |  |
| Plaintiffs, | ) | **STIPULATION AND ORDER TO EXTEND TIME FOR COUNTY DEFENDANTS' TO FILE A RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| COUNTY OF EL DORADO, et al, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

-1-
STIPULATION AND ORDER TO EXTEND TIME FOR COUNTY DEFENDANTS' TO FILE A RESPONSE
TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiffs ESTATE OF JONATHAN MADRIGAL, LUIS MADRIGAL, and CARMEN MADRIGAL (collectively, "Plaintiffs"), and Defendants COUNTY OF EL DORADO, EL DORADO COUNTY SHERIFF'S OFFICE, JOHN D'AGOSTINI, KERSTIN COHEN, ZACHARY PARKER, CHELSEY WILKINSON, ZACHARY LONG, KYLE WELTY, DENNIS CEMO, CAMERON POMEROY, and VANESSA LUNA (collectively, "County Defendants"), by and through their undersigned counsel of record, hereby represent to the Court and stipulate as follows:

1. On November 15, 2023, Plaintiffs filed a Complaint ("Complaint"). (ECF No. 1). On June 21, 2024, Plaintiffs filed a First Amended Complaint ("FAC"). (ECF No. 25);

2. On June 21, 2024, Defendants COUNTY OF EL DORADO, EL DORADO COUNTY SHERIFF'S OFFICE, and JOHN D'AGOSTINI were served with Plaintiffs' FAC.

3. On June 21, 2024, Defendants KERSTIN COHEN, ZACHARY PARKER, CHELSEY WILKINSON, ZACHARY LONG, KYLE WELTY, DENNIS CEMO, CAMERON POMEROY, and VANESSA LUNA agreed to waive service of the FAC;

4. Defendants COUNTY OF EL DORADO, EL DORADO COUNTY SHERIFF'S OFFICE, and JOHN D'AGOSTINI's responses to the FAC are due on or before July 5, 2024, pursuant to Federal Rule of Civil of Procedure 15(a)(3).

5. Defendants KERSTIN COHEN, ZACHARY PARKER, CHELSEY WILKINSON, ZACHARY LONG, KYLE WELTY, DENNIS CEMO, CAMERON POMEROY, and VANESSA LUNA's responses to the FAC are due on or before August 20, 2024, pursuant to the June 21, 2024, service waivers.

6. In the interest of reduced costs to the parties and the judicial system, Plaintiffs and County Defendants have agreed to extend the time for Defendants COUNTY OF EL DORADO, EL DORADO COUNTY SHERIFF'S OFFICE, and JOHN D'AGOSTINI to file their response to the FAC to the same date as Defendants KERSTIN COHEN, ZACHARY PARKER, CHELSEY WILKINSON, ZACHARY LONG, KYLE WELTY, DENNIS CEMO, CAMERON POMEROY, and VANESSA LUNA.

1    7.   The parties hereby stipulate that Defendants COUNTY OF EL DORADO, EL DORADO COUNTY SHERIFF'S OFFICE, JOHN D'AGOSTINI, KERSTIN COHEN, ZACHARY PARKER, CHELSEY WILKINSON, ZACHARY LONG, KYLE WELTY, DENNIS CEMO, CAMERON POMEROY, and VANESSA LUNA's deadline to file a response to the FAC shall be on or before August 20, 2024.

IT IS SO STIPULATED AND AGREED.

Dated: July 8, 2024                                 ANGELO, KILDAY & KILDUFF, LLP

                                                             */s/ Jacob J. Graham*
                                                    By:_____
                                                         BRUCE A. KILDAY
                                                         DERICK E. KONZ
                                                         JACOB J. GRAHAM
                                                         Attorneys for Defendants COUNTY OF
                                                         EL DORADO. VANESSA LUNA,
                                                         CAMERON POMEROY, DENNIS
                                                         CEMO, KYLE WELTY, ZACHARY
                                                         LONG, CHELSEY WILKINSON,
                                                         ZACHARY PARKER and KERSTIN
                                                         COHEN


Dated: July 8, 2024                                 LAW OFFICE OF MARK E. MERIN

                                                             */s/ Paul H. Masuhara*
                                                             *(as authorized on 7.2.2024)*
                                                    By:_____
                                                         MARK E. MERIN
                                                         PAUL H. MASUHARA
                                                         Attorneys for Plaintiffs
                                                         ESTATE OF JONATHAN MADRIGAL,
                                                         LUIS MADRIGAL, and CARMEN
                                                         MADRIGAL

# ORDER

IT IS HEREBY ORDERED that Defendants COUNTY OF EL DORADO, EL DORADO COUNTY SHERIFF'S OFFICE, JOHN D'AGOSTINI, KERSTIN COHEN, ZACHARY PARKER, CHELSEY WILKINSON, ZACHARY LONG, KYLE WELTY, DENNIS CEMO, CAMERON POMEROY, and VANESSA LUNA's response to the First Amended Complaint shall be filed on or before August 20, 2024.

IT IS SO ORDERED.

Dated: July 8, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

-4-
STIPULATION AND ORDER TO EXTEND TIME FOR COUNTY DEFENDANTS' TO FILE A RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT