Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail:   mark@markmerin.com
   paul@markmerin.com

Attorneys for Plaintiffs
ESTATE OF JONATHAN MADRIGAL,
LUIS MADRIGAL, and CARMEN MADRIGAL

LINDSEY M. ROMANO (SBN: 337600)
lromano@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile: (415) 986-8054

Attorneys for Defendant
CALIFORNIA FORENSIC MEDICAL GROUP
dba WELLPATH

BRUCE A. KILDAY, SBN. 066415
Email: bkilday@akk-law.com
DERICK E. KONZ, ESQ., SB No. 286902
Email: dkonz@akk-law.com
ANGELO, KILDAY & KILDUFF, LLP
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants
COUNTY OF EL DORADO, EL DORADO
COUNTY SHERIFF'S OFFICE,
and JOHN D'AGOSTINI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF JONATHAN MADRIGAL, LUIS MADRIGAL, and CARMEN MADRIGAL,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF EL DORADO, EL DORADO COUNTY SHERIFF'S OFFICE, JOHN D'AGOSTINI, CALIFORNIA FORENSIC MEDICAL GROUP dba WELLPATH, and DOE 1 to 20,<br><br>Defendants. | Case No. 2:23-cv-02673-MCE-AC<br><br>**STIPULATED PROTECTIVE ORDER RE: PROTECTED HEALTH INFORMATION; [PROPOSED] ORDER** |

1

**STIPULATED PROTECTIVE ORDER RE: PROTECTED HEALTH INFORMATION**
*Estate of Madrigal v. County of El Dorado*, United States District Court, Eastern District of California, Case No. 2:23-cv-02673-MCE-AC

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 26(c), Local Rule 141.1, and 45 C.F.R. § 164.512(e)(1)(v), the parties stipulate to the entry of a qualified protective order as follows:

1. The parties and their attorneys are authorized to receive, subpoena, and transmit "protected health information" pertaining to Jonathan Madrigal, including that which is contained in the records of the County of El Dorado, El Dorado County Sheriff's Office, and/or California Forensic Medical Group dba Wellpath, to the extent and subject to the conditions outlined herein.

2. For the purposes of this qualified protective order, "protected health information" shall have the same scope and definition as set forth in 45 C.F.R. §§ 160.103, 164.501. Protected health information includes, but is not limited to, health information, including demographic information, relating to either: (a) the past, present, or future physical or mental condition of an individual; (b) the provision of care to an individual; or (c) the payment for care provided to an individual, which identifies the individual or which reasonably could be expected to identify the individual.

3. All "covered entities" (as defined by 45 C.F.R. § 160.103) are hereby authorized to disclose protected health information to attorneys representing any parties in the above-captioned matter, including Plaintiffs and Defendants.

4. The parties and their attorneys shall be permitted to use or disclose the protected health information for purposes of prosecuting or defending this action including any appeals of this case. This includes, but is not necessarily limited to, disclosure to their attorneys, experts, consultants, court personnel, court reporters, copy services, trial consultants, and other entities or persons involved in the litigation process. Nothing in this section shall be construed to prohibit counsel in this matter from sharing information as permitted by law.

5. Prior to disclosing protected health information to persons involved in this litigation, counsel shall inform each such person that the protected health information may not be used or disclosed for any purpose other than this litigation. Counsel shall take all other reasonable steps to ensure that persons receiving the protected health information do not use or disclose such information for any purpose other than this litigation.

6. Within 45 days after the conclusion of the litigation including appeals, the parties, their

2

**STIPULATED PROTECTIVE ORDER RE: PROTECTED HEALTH INFORMATION**
*Estate of Madrigal v. County of El Dorado*, United States District Court, Eastern District of California, Case No. 2:23-cv-02673-MCE-AC

attorneys, and any person or entity in possession of protected health information received from counsel pursuant to paragraph four of this Order, shall return the protected health information to the covered entity or destroy any and all copies of protected health information, except that counsel are not required to secure the return or destruction of protected health information submitted to the court.

      7.    This Order does not authorize either party to seal court filings or court proceedings. A party may seek permission from the Court to file protected health information under seal pursuant to Local Rule 141.

      IT IS SO STIPULATED.

Dated: March 19, 2024

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: _____
   Mark E. Merin
   Paul H. Masuhara

   Attorneys for Plaintiffs
   ESTATE OF JONATHAN MADRIGAL,
   LUIS MADRIGAL, and CARMEN MADRIGAL

Dated: September 20, 2024

Respectfully Submitted,
ANGELO, KILDAY & KILDUFF, LLP

*/s/ Derick E. Konz*
(as authorized on September 20, 2024)

By: _____
   Bruce A. Kilday
   Derick E. Konz

   Attorneys for Defendants
   COUNTY OF EL DORADO, EL DORADO
   COUNTY SHERIFF'S OFFICE,
   and JOHN D'AGOSTINI

3

**STIPULATED PROTECTIVE ORDER RE: PROTECTED HEALTH INFORMATION**
*Estate of Madrigal v. County of El Dorado*, United States District Court, Eastern District of California, Case No. 2:23-cv-02673-MCE-AC

Dated: March 21, 2024

Respectfully Submitted,
GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Allison Becker*
(as authorized on March 21, 2024)
By: _____
Lindsey M. Romano
Allison Becker

Attorneys for Defendant
CALIFORNIA FORENSIC MEDICAL GROUP
dba WELLPATH

### [~~PROPOSED~~] ORDER

The parties' stipulation is GRANTED.

IT IS SO ORDERED.

Dated: September 20, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

4

**STIPULATED PROTECTIVE ORDER RE: PROTECTED HEALTH INFORMATION**
*Estate of Madrigal v. County of El Dorado*, United States District Court, Eastern District of California, Case No. 2:23-cv-02673-MCE-AC