

# United States District Court
# Eastern District of California

Estate of Jonathan Madrigal, et. al.

Plaintiff(s)

Case Number: 2:23-cv-02673-MCE-AC

V.

County of El Dorado, et. al.

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Kaitlin R. Myers hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

California Forensic Medical Group d/b/a Wellpath

On ____08/27/2018____ (date), I was admitted to practice and presently in good standing in the

____North Carolina State Bar____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[X] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Theron Holston, et. al. v. Debbie Massetti, et. al. - Case No. 2:23-CV-00017-AC

GRANTED 05/20/2024

Date: ____09/16/2024____      Signature of Applicant: /s/ Kaitlin R. Myers

**Pro Hac Vice Attorney**

Applicant's Name:  Kaitlin R. Myers

Law Firm Name:  Gordon Rees Scully Mansukhani, LLP

Address:  150 Fayetteville Street, Suite 1120

City:  Raleigh     State:  NC     Zip:  27601

Phone Number w/Area Code:  (919) 787-4555

City and State of Residence:  Holly Springs, North Carolina

Primary E-mail Address:  krmyers@grsm.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:  Lindsey M. Romano

Law Firm Name:  Gordon Rees Scully Mansukhani, LLP

Address:  315 Pacific Avenue

City:  San Franciso     State:  CA     Zip:  94111

Phone Number w/Area Code:  (415) 875-4126     Bar #  337600

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

DATED:  September 30, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE